UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEX CORTEGUERA,
KARINA CORTEGUERA, and
BRENDA CORTEGUERA,

        Plaintiffs,

v.                                    Case No: 2:23-cv-00135-SPC-NPM

FEDERAL EMERGENCY
MANAGEMENT AGENCY,

        Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs, LEX CORTEGUERA, KARINA CORTEGUERA and BRENDA CORTEGUERA, and Defendant, FEDERAL EMERGENCY MANAGEMENT AGENCY, jointly notify the Court that the parties have reached an amicable settlement.

*/s/Stuart B. Yanofsky*
Stuart B. Yanofsky, Esq.
FL Bar No.: 841358
MOISES|GROSS
999 Ponce De Leon Blvd., Suite 945
Coral Gables, FL 33134
Tel: 305.631.2528
service@moisesgross.com
syanofsky@moisesgross.com
*Counsel for Plaintiffs*

*/s/ Chad C. Spraker, Esq.*
Chad C. Spraker, Esq.
USA No. 198
UNITED STATES ATTORNEY
2110 First Street, Suite 3-137
Fort Myers, FL 33901
Tel.: 239-461-2200
Chad.Spraker@usdoj.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all attorneys registered for electronic filing in the CM/ECF system for the Middle District of Florida, this 18th day of March, 2024.

/s/ *Stuart B. Yanofsky. Esq.*
**Stuart B. Yanofsky, Esquire**

## SERVICE LIST

Chad C. Spraker, Esq.
**United States Attorney**
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Tel. 239-461-2200
Email: Chad.Spraker@usdoj.gov
*Counsel for Federal Emergency Management Agency*